THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK RAO, Appellant.— Judgment of the County Court of the County of Kings, convicting appellant of the crime of violation of section 331 of the Insurance Law, a misdemeanor, upon his plea of guilty, and sentencing him to an indefinite term of

imprisonment in the New York City Penitentiary, with a recommendation by the court that he be held therein for the full term of three years, unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.